UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**MARK ALLAN ATKINS, ET AL.**          **CASE NO. 2:19-CV-00899**

**VERSUS**                                              **JUDGE JAMES D. CAIN, JR.**

**CB&I, LLC**                                         **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons provided in the accompanying Memorandum Ruling,

**IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that the plaintiffs' claims be **DENIED** and **DISMISSED WITH PREJUDICE**, resulting in the closure of this action.

**THUS DONE AND SIGNED** in Chambers on this 26th day of December, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**