# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **MARK ALLAN ATKINS ET AL.** | **CASE NO. 2:19-CV-00899** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **C B&I LLC** | **MAGISTRATE JUDGE KAY** |

## ORDER OF REMAND

The United States Court of Appeals for the Fifth Circuit has issued its judgment as mandate in this matter, vacating the undersigned's prior ruling and remanding the matter to this court for further proceedings in accordance with the panel's opinion. Doc. 19. Because the Fifth Circuit has determined that the Project Completion Incentive is not an ERISA plan, there is no federal subject matter jurisdiction over this suit and the case must be remanded to the state court for resolution of the plaintiffs' state law claims. Accordingly, **IT IS ORDERED** that this case be remanded to the Fourteenth Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 14th day of April, 2021.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**